IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Carr, Paulette | Case Number: 08 B 00366 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 02/24/09 | Filed: 1/8/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 8, 2009
Confirmed: March 6, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 17,500.00 | |
| Secured: | | 12,145.86 |
| Unsecured: | | 0.00 |
| Priority: | | 807.63 |
| Administrative: | | 3,464.00 |
| Trustee Fee: | | 1,082.51 |
| Other Funds: | | 0.00 |
| Totals: | 17,500.00 | 17,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 3,464.00 |
| 2. | Nuvell Credit Company LLC | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Nissan Motor Acceptance Corporation | Secured | 24,214.33 | 4,350.00 |
| 5. | Santander Consumer USA | Secured | 19,650.56 | 4,350.00 |
| 6. | Countrywide Home Loans Inc. | Secured | 3,445.86 | 3,445.86 |
| 7. | Internal Revenue Service | Priority | 48,947.87 | 689.24 |
| 8. | Illinois Dept of Revenue | Priority | 10,383.07 | 118.39 |
| 9. | Portfolio Recovery Associates | Unsecured | 504.92 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 35,056.09 | 0.00 |
| 11. | Nissan Motor Acceptance Corporation | Unsecured | 492.35 | 0.00 |
| 12. | Santander Consumer USA | Unsecured | 227.97 | 0.00 |
| 13. | Illinois Student Assistance Commission | Unsecured | 14,326.55 | 0.00 |
| 14. | Creditors Collection Bur | Unsecured | 1,086.00 | 0.00 |
| 15. | Capital One | Unsecured | 1,289.50 | 0.00 |
| 16. | Indrajit J Patel MD | Unsecured | 316.60 | 0.00 |
| 17. | Illinois Dept of Revenue | Unsecured | 1,694.63 | 0.00 |
| 18. | Internal Revenue Service | Priority | | No Claim Filed |
| 19. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 20. | Primus Financial Services | Unsecured | | No Claim Filed |
| 21. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| | | | $ 165,100.30 | $ 16,417.49 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Carr, Paulette | Case Number:  08 B 00366 |
| | Judge:  Wedoff, Eugene R |
| Printed: 02/24/09 | Filed:  1/8/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 270.01 |
| 6.5% | 812.50 |
| | $ 1,082.51 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*